**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:16-10102-STA |
| JEFFREY MANLEY, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on March 13, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Jeffrey Manley, appearing in person, and with counsel, Paul Robinson, Jr.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1-4 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, JUNE 18, 2018 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 13th day of March, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT